UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMANDA R. MAILLHO, individually, and on behalf of all other similarly situated Plaintiffs | * * * * | NO. 2:10-cv-00279-MVL-JCW |
| Plaintiff | * * | SECTION: S |
| VERSUS | * * | DIVISION: 2 |
| TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; and TOYOTA MOTOR SALES, U.S.A., INC. | * * * * * | |
| Defendants | * | JURY DEMAND |

* * * * * * * * * * * * * * * * * * * * *

**ORDER**

IT IS HEREBY ORDERED, for good cause shown, that defendant Toyota Motor Sales, U.S.A., Inc.'s Motion to Stay Proceedings Pending Action by the Judicial Panel on Multidistrict Litigation is GRANTED.

IT IS FURTHER ORDERED that this action, including without limitation (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Eastern District of Louisiana and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiffs' Complaint, is STAYED pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") concerning the transfer of this action for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event that this Court at any time lifts the stay of this case, Toyota Motor

1

2

Sales, U.S.A., Inc. shall have twenty-one (21) days from the Court's Order lifting the stay to answer, move, or otherwise plead in response to Plaintiffs' Complaint.

SO ORDERED this __31st__ day of _____March_____, 2010.

_____
Hon. Mary Ann Vial Lemmon
United States District Judge